UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**              DATE: December 16, 1999

**CIVIL NO. 96-1838 (DRD)**

Courtroom Deputy:  Janet **GONZALEZ**

===================================================================

UNITED STATES OF AMERICA          Attorneys: AUSA - José SANTOS

vs.

ONE RURAL PROPERTY                              Luis R. RIVERA
                                    For R & G: Elizabeth VALDEZ

===================================================================

A STATUS CONFERENCE is held in chambers.  The parties apprize the Court as to the status of the case.

The government is granted until December 21, 1999 to dispose of the case as to R & G Mortgage; five days to answer Interrogatories and depose claimant.  Thereafter, the parties shall have five (5) additional days to explore settlement.

A further Status Conference is set for **January 7, 2000 at 3:00 P.M.**

_____
COURTROOM DEPUTY

s/c: Counsel of record.

39