Scheduled time: 3:00 p. m.<br>
Reset for:<br>
Starting Time:<br>
Ending Time:<br>
Total Proceedings:

IN THE UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS          DATE: January 7, 2000.

HONORABLE DANIEL R. DOMINGUEZ, U. S. DISTRICT JUDGE

COURTROOM DEPUTY: Tere Mollfulleda          CASE NO: Civ. 96-1838 (DRD)

---

ATTORNEYS:

United States of America          José Santos-Mimoso

Plaintiff

v.

One Rural Property

Defendant(s)

---

The court orders claimant's attorney, Luis R. Rivera-Rodríguez, to show cause why he is not present in court today. The case is hereby continued within ten (10) days.

Further Status Conference is hereby re-set for January 24, 2000 at 5:00 p.m.

s/cs: AUSA-José Santos-Mimoso
      Luis R. Rivera-Rodríguez