UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                      DATE: January 24, 2000

**CIVIL NO. 96-1838 (DRD)**
LAW CLERK: Nathan J. Schulte

===================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA | Attorneys: Javier **SANTOS MIMOSO** |
| Plaintiff | |
| v. | |
| ONE RURAL LOT LOCATED AT PARCEL A, EMAJAGUA WARD, MAUNABO, PUERTO RICO, et al. | Luis **RIVERA** |
| Defendants | |

===================================================================

A STATUS CONFERENCE was held and counsel provided the Court with the status of this case. The parties are attempting to reach settlement in this case. The Court wholeheartedly encourages the parties to come to an amiable resolution. However, because this case is already over three years old, the Court hereby sets the following:

**Pretrial Conference**      February 22, 2000 at 5:00 p.m.;

**Trial (Bench)**      March 7, 2000 at 9:00 a.m.

No extensions shall be granted. All deadlines are **FINAL** and **FATAL**. The Court notes that a writ of habeas corpus for the Claimant will be issued should this case go to trial.

*[signature]*
LAW CLERK

s/c: Counsel of record

P:\MINUTES\96-1838A.MEM