UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: February 22, 2000

**CIVIL NO. 96-1838 (DRD)**
LAW CLERK: Nathan J. Schulte

===========================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA | Attorneys: Javier **SANTOS MIMOSO** |
| Plaintiff | |
| v. | |
| ONE RURAL LOT LOCATED AT PARCEL A, EMAJAGUA WARD, MAUNABO, PUERTO RICO, et al. | Luis **RIVERA** |
| Defendants | |

===========================================================================

A PRETRIAL CONFERENCE was held and the parties discussed settlement in this case. The Court suggested another avenue for the parties to settle. Counsel will consult their respective clients. A settlement with all appropriate documents must be filed prior to the date of trial, March 7, 2000, otherwise the Court will proceed to trial.

*[signature]*
LAW CLERK

s/c: Counsel of record

P:\MINUTES\96-1838B.MEM