IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

   Plaintiff,

    v.      CIVIL NO. 96-1838 (DRD)

[A] ONE RURAL LOT LOCATED AT
PARCEL A, EMAJAGUA WARD, MAUNABO,
PUERTO RICO; MORE FULLY DESCRIBED
IN THE PUERTO RICO PROPERTY
REGISTRY AS FOLLOWS:

RUSTICA: Parcela de terreno radicada en el Barrio Emajagua del término municipal de Maunabo, marcado como lote o parcela A, con cabida de 3.3828 cuerdas, equivalentes a 13,296.05204 metros cuadrados. En lindes por el Norte, con el remanente C-1 de la finca original con 110.34 metros; por el Este, con 126.50 metros con parcela o remanente de la finca original; por el Oeste, en 128.29 metros con una Quebrada y por el Sur, en 11.034 metros con la Carretera Estatal #760.
Enclava un edificio comercial de dos plantas construido en bloques de cemento y hormigón.

Inscrita en el Registro de la Propiedad de Guayama al folio 300 del tomo 67, finca #6,214.

This property is encumbered by the following liens:

Bearer Note in the amount of $90,000.00.
Bearer Note in the amount of $60,000.00.
Bearer Note in the amount of $30,000.00.
Bearer Note in the amount of $36,000.00.
Mortgage Note in favor of Roig Commercial Bank in the amount of $4,000.00.

[B]   ONE HORIZONTAL PROPERTY LOCATED AT APT. 702, 444 DE DIEGO CONDOMINIUM, JOSE DE DIEGO AVENUE, RIO PIEDRAS, PUERTO RICO; MORE FULLY DESCRIBED AT THE PUERTO RICO PROPERTY REGISTRY AS FOLLOWS:

Apartamento número setecientos dos (702): Residencia en forma irregular que radica en el séptimo piso del Condominio de Diego 444, localizado en Rio Piedras, Puerto Rico, en el Km. 1., H.8 de la antigua carretera de Rio Piedras a Caguas, hoy denominada Avenida José de Diego.  El apartamento tiene un área privada aproximada de mil veintinueve punto sesenta y nueve pies cuadrados, equivalente a noventa y cinco metros con sesenta y seis centímetros.  Está compuesto de la siguiente forma, balcón, sala-comedor, cocina, tres cuartos y dos baños.  Su puerta principal de entrada, está localizada al Norte:, del corredor que distribuye al resto de los apartamentos a la circulación vertical y a las demás dependencia del piso correspondiente.  Son sus colindancias y medidas lineales aproximadas las siguientes:

Por el Norte: en cuarenta y un pies seis pulgadas equivalentes a doce metros con sesenta y cinco centímetros, con la fachada Norte:, del edificio que a la Avenida José de Diego.  Por el Sur:, en tres alineaciones, una de tres pies nueve pulgadas, equivalentes a un metro con dieciseis centímetros con un foso de ventilación. Otra de cuatro pies diez pulgadas equivalentes a un metro con cuarenta y siete centímetros con el conducto para arrojar basura y finalmente, una alineaciones coompartida con el apartamento número setecientso uno y el corredor, de la siguiente forma en veinticuatro pies cuatro pulgadas,

conducto para arrojar basura y finalmente, una alineaciones coompartida con el apartamento número setecientso uno y el corredor, de la siguiente forma en veinticuatro pies cuatro pulgadas, equivalentes a siete metros con cuarenta y un centímetros con el corredor central de acceso a los apartamentos y en ocho pies siete pulgadas equivalentes a dos metros con sesenta y cuatro centímetros con el apartamento número setecientos uno. Por el Este:, en tres alineaciones diferente una de diecisiete pies cuatro pulgadas, equivalentes a ciento metros veinticinco centímetros, con el apartamento número doscientos tres. Otra alineación compartida con el foso de ventilación y el cuarto de transformadores de la siguiente forma, un pie ocho pulgada, equivalentes a cero metros quinientos cinco milímetros, con el foso de ventilación y en cuatro pies dos pulgadas equivalentes a un metro veintisiete centímetros con el cuarto de transformadores. En otra alineación en dos pies ocho pulgadas equivalentes a cero, metro ochenta y un centímetro con el conducto para arrojar basura. Por el Oeste:, en veinticinco pies diez pulgadas equivalentes a siete metros con ochenta y siete centímetros con el apartamiento número setecientos uno.

Le corresponde en los elementos comunes 0.55% y el espacio de estacionamiento #G-55 descubierto.

Se separa de la finca #19, 308, inscrito al folio 12 del tomo 479. Registro de la propiedad San Juan V.

This property is free of liens.

[C]   ONE RURAL LOT LOCATED GUARAGUAO WARD, GUAYNABO, PUERTO RICO; MORE FULLY DESCRIBED AT THE PUERTO RICO PROPERTY REGISTRY AS FOLLOWS:

RUSTICA: Solar radicado en el Barrio Guaraguao de Guaynabo, Puerto Rico, compuesto de 838 metros cuadrados. En lindes por el Norte, con la finca principal; por el Sur, con un camino vecinal que llega hasta el Rio Bayamón; por el Oeste, con Don Wilfredo Reyes Sojo y por el Este, con Don Miguel Angel González Maldonado.

Inscrita en el Registro de la Propiedad de Guaynabo al folio 92 del tomo 675, finca #26,856.

This property is encumbered by the following liens:

Mortgage Note in favor of RG Mortgage Corporation in the amount of $38,400.00.

Defendant.

**CONSENT JUDGMENT**

The parties to this action have filed a Stipulation for Consent Judgment setting forth their agreement on the remaining issues in this case, thereby putting an end to this case. The Court has reviewed the proposed agreement and finds it to be fair and equitable under the circumstances of this case. Therefore, in the interest of judicial economy, and pursuant to the parties' request, the Stipulation for Consent Judgment is hereby Approved and Judgment is hereby entered in accordance with the terms and conditions therein.

It is further ORDERED AND ADJUDGED that Defendant Property A, more fully described in the caption, be forfeited to the United States of America, and no right, title or interest in this property shall exist in any other party. Defendant Property A shall be disposed of according to the law by the United States Marshals Service. The Property Registrar is specifically ORDERED to record Defendant Property A in the name of the United States of America free and clear of all liens and encumbrances.

It is also ORDERED AND ADJUDGED that Defendant Property B, more fully descried in the caption, be forfeited to the United States of America, and no right, title or interest in this property shall exist in any other party. Defendant Property B shall be disposed of according to law by the United States Marshals Service. Once sold, the United States Marshal will deduct any expenses incurred in such sale and any other expense incurred as it relates to the seizure, maintenance and custody of this particular property, with the remaining balance to be evenly split between the United States and claimants, Daniel Paniagua Ramos and Grisette Díaz Alemán. The property registrar is specifically ORDERED to record Defendant Property B in the name of the United States of America free and clear of all liens and encumbrances.

Finally, it is ORDERED AND ADJUDGED that the United States release to claimants Defendant Property C, more fully described in the caption, upon entry of this Consent Judgment.

-3-

IT IS SO ORDERED, ADJUDGED, AND DECREED

In San Juan, Puerto Rico this **20** day of March, 2000.

*[signature]*
DANIEL R. DOMÍNGUEZ
UNITED STATES DISTRICT JUDGE

Case 3:96-cv-01838-DRD   Document 46   Filed 03/21/2000   Page 6 of 6

-3-

IT IS SO ORDERED, ADJUDGED, AND DECREED

In San Juan, Puerto Rico this **20** day of March, 2000.

_[signature: Daniel R. Domínguez]_

DANIEL R. DOMÍNGUEZ
UNITED STATES DISTRICT JUDGE

-3-