IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>[A]　ONE RURAL LOT LOCATED AT<br>PARCEL A, EMAJAGUA WARD, MAUNABO,<br>PUERTO RICO, etc.<br><br>[B]　ONE HORIZONTAL PROPERTY<br>LOCATED AT APT. 702, 444 DE DIEGO<br>CONDOMINIUM, JOSE DE DIEGO AVENUE,<br>RIO PIEDRAS, PUERTO RICO, etc.<br><br>[C]　ONE RURAL LOT LOCATED GUARAGUAO<br>WARD, GUAYNABO, PUERTO RICO; MORE<br>FULLY DESCRIBED AT THE PUERTO RICO<br>PROPERTY REGISTRY AS FOLLOWS:<br><br>RUSTICA: Solar radicado en el Barrio<br>Guaraguao de Guaynabo, Puerto Rico,<br>compuesto de 838 metros cuadrados.<br>En lindes por el Norte, con la<br>finca principal; por el Sur, con un<br>camino vecinal que llega hasta el<br>Rio Bayamón; por el Oeste, con<br>Don Wilfredo Reyes Sojo y por el<br>Este, con Don Miguel Angel González<br>Maldonado.<br><br>Inscrita en el Registro de la<br>Propiedad de Guaynabo al folio 92<br>del tomo 675, finca #26,856.<br><br>This property is encumbered by<br>the following liens:<br><br>Mortgage Note in favor of RG<br>Mortgage Corporation in the<br>amount of $38,400.00.<br><br>　　　　Defendant. | CASE NO. 96-1838(DRD)<br><br> |

ORDER FOR CANCELLATION OF LIS PENDENS




Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that the following lis pendens be cancel, upon the following described property:

> [C] ONE RURAL LOT LOCATED GUARAGUAO WARD, GUAYNABO, PUERTO RICO; MORE FULLY DESCRIBED AT THE PUERTO RICO PROPERTY REGISTRY AS FOLLOWS:
>
> RUSTICA: Solar radicado en el Barrio Guaraguao de Guaynabo, Puerto Rico, compuesto de 838 metros cuadrados. En lindes por el Norte, con la finca principal; por el Sur, con un camino vecinal que llega hasta el Rio Bayamón; por el Oeste, con Don Wilfredo Reyes Sojo y por el Este, con Don Miguel Angel González Maldonado.
>
> Inscrita en el Registro de la Propiedad de Guaynabo al folio 92 del tomo 675, finca #26,856.
>
> This property is encumbered by the following liens:
>
> Mortgage Note in favor of RG Mortgage Corporation in the amount of $38,400.00.

It is further ordered that the Registrar of Property of the Registry of Guaynabo, Puerto Rico, cancel the lis pendens herein described from the records of the Registry, insofar as it affects

the real property hereinabove described.

In San Juan, Puerto Rico, this 24 day of ~~March~~ April, 2000.

                                              DANIEL R. DOMINGUEZ
                                              UNITED STATES DISTRICT JUDGE