IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America

Plaintiff(s),

v.

One Rural Property, et al.

Defendant(s).

CIVIL NO. 96-1838 (DRD)

RECEIVED AND FILED
00 JUN 13 AM 8:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: May / 25 / 2000

DOCKET NO.: 55

[ ] Plffs.    [ ] Defts.

TITLE: Verified Claim of Banco Popular De Puerto Rico.

## ORDER

The parties are to express to the Court their position as to the Intervention of Banco Popular

June / 12 / 2000
DATE

Daniel R. Dominguez
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE