UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) United States of America          CIVIL NO. 96-1838 (DRD)

v.

Defendant(s) One Rural Lot

| MOTION | ORDER |
|---|---|
| Docket entry no. 60 | ☐ GRANTED. |
| Date: 3/2/01 | ☐ DENIED. |
| Title: Urgent Motion to Reinstate Mortgages | ☒ MOOT. |
| | ☐ NOTED. |

MOOT. The Court has already granted claimant's original motion, and approved claimant's stipulated settlement agreement with the United States. This case is closed.

IT IS SO ORDERED.

Date: 4/18/2001

/s/ Daniel R. Dominguez

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**