UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.

CASE NUMBER: 96-1838 (DRD)

ONE RURAL PROPERTY, MORE FULLY
DESCRIBED AS FOLLOWS
RUSTICA: PARCELA DE TERRENO QUE RADICA
EN EL BARRIO EMAJAGUA DEL MUNICIPIO
DE MAUNABO, etc.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/07/01    **Docket #** 64<br><br>[ ] **Plffs**           [X] **Defts**<br>[ ] **Other**<br><br><br><br><br>**Title:** Motion Requesting Notice | Co-Defendant Daniel R. Paniagua filed a motion on his own behalf informing the court that almost two years after a consent stipulation was signed, he has not heard any news from his attorney, Luis Rivera Rodríguez, regarding any benefits he may have agreed to / been entitled to. Mr. Paniagua also informed the Court that he is currently in a federal correctional facility in Florida, which the Court understands necessarily makes it more difficult to contact Mr. Rivera himself. The Court orders Mr. Rivera to contact and update Mr. Paniagua on or before December 28, 2001, and to further file an informative motion with the Court advising the Court of his compliance with this Order (a copy of this informative motion is to be delivered to Mr. Paniagua). |

Date: November 15, 2001

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By:           # 65